# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL DOCKET NO.: 5:07CV135-V

| | | |
|---|---|---|
| **DUKE ENERGY CAROLINAS, LLC,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **RECUSAL ORDER** |
| | ) | |
| **TOWN OF MOORESVILLE,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on its own motion for purposes of recusal in the above-captioned case pursuant to 28 U.S.C. §455(a). This matter will therefore be referred to the Clerk of Court for reassignment to another district court judge according to the governing case allocation order for the Statesville Division.

The Deputy Clerk is also directed to forward a copy of this Order to The Honorable Robert J. Conrad, Jr., Chief Judge for the Western District of North Carolina.

**SO ORDERED.**

Signed: March 18, 2008

Richard L. Voorhees
United States District Judge