IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:07CV135

| | | |
|---|---|---|
| DUKE ENERGY CAROLINAS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TOWN OF MOORESVILLE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     This matter is before the court upon the Defendant Town of Mooresville's Motion to Dismiss for lack of subject matter jurisdiction. A hearing was held on this matter on April 3, 2008. For the reasons stated in open court,

     IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss is hereby DENIED; and

     IT IS FURTHER ORDERED that the parties are directed to pursue mediation forthwith with Judge Frank Bullock as mediator, and report the status of the case to the court within thirty days. During those thirty days, Defendant shall not be required to file its Answer or any response in opposition to Plaintiff's Motion for a Preliminary Injunction. The court will hold the preliminary injunction motion in abeyance pending mediation.

     Signed: April 3, 2008

Graham C. Mullen
United States District Judge