UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:07-CV-135-GCM

| | | |
|---|---|---|
| DUKE ENERGY CAROLINAS, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| TOWN OF MOORESVILLE, | ) | |
| Defendant | ) | |

THIS MATTER is before the Court as a result of the Joint Report of Case Status filed June 19, 2008. The Court agrees that all matters, including filing by Mooresville of answer or responsive pleading, shall be held in abeyance until the Parties further report to the Court as to their status, which report shall be submitted by July 11, 2008.

IT IS SO ORDERED.

Signed: June 26, 2008

Graham C. Mullen
United States District Judge