IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:07cv135

| | |
|---|---|
| DUKE ENERGY CAROLINAS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| TOWN OF MOORESVILLE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the court upon its own motion. It appears to the court that the Federal Energy Regulatory Commission ("FERC") is a necessary party in this action pursuant to Rule 19(a)(1)(B)(ii) of the Federal Rules of Civil Procedure and should be joined in this litigation as such. Accordingly,

IT IS THEREFORE ORDERED that FERC respond to this court no later than August 15, 2008 to either show cause why it should not be joined as a necessary party, or to indicate that it has no objection to be joined as such.

Signed: July 29, 2008

Graham C. Mullen
United States District Judge