IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:07CV135

| | | |
|---|---|---|
| DUKE ENERGY CAROLINAS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TOWN OF MOORESVILLE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon its own motion. On July 29, 2008, the court entered an Order directing the Federal Energy Regulatory Commission ("FERC") to show cause why it should not be joined as a necessary party to this action. FERC responded by filing a "Conditional Non-Opposition to Being Joined as a Party." As the court has indicated, it appears that joinder of FERC is appropriate pursuant to Rule 19(a)(1)(B)(ii) of the Federal Rules of Civil Procedure. Accordingly,

IT IS THEREFORE ORDERED that FERC is hereby joined as a plaintiff pursuant to Rule 19(a)(1)(B)(ii). FERC is hereby directed to indicate within 30 days whether it wishes to adopt Plaintiff Duke Energy's Complaint in its entirety. If FERC wishes to adopt portions of Duke Energy's Complaint and add its own allegations, it may do so as well by filing a Complaint indicating which allegations it wishes to adopt and adding allegations it wishes to plead separately. FERC is also directed to file such briefs and other pleadings as the court may direct. Moreover, any discovery that has occurred or will occur between the parties should be provided to FERC.

Signed: September 5, 2008

Graham C. Mullen
United States District Judge