C-1104100v1 03227.01154

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### Civil Action No: 5:07CV135

| | |
|---|---|
| DUKE ENERGY CAROLINAS, LLC, | |
| Plaintiff, | |
| v. | ORDER OF STAY |
| TOWN OF MOORESVILLE, | |
| Defendant. | |

This matter is before the Court on the parties' joint motion for stay.

For the reason stated in the motion, IT IS THEREFORE ORDERED that this action and all proceedings and activities herein be stayed for a period of 180 days.

Signed: October 31, 2008

Graham C. Mullen
United States District Judge