C-1104100v2 03227.01154

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# Civil Action No: 5:07CV135

| | |
|---|---|
| DUKE ENERGY CAROLINAS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF MOORESVILLE,<br><br>Defendant. | ORDER OF FURTHER STAY |

This matter is before the Court on the joint motion of plaintiff and defendant, with the consent of FERC, for a further stay.

For the reason stated in the motion, IT IS THEREFORE ORDERED that this action and all proceedings and activities herein be further stayed for a period of 180 days.

Signed: April 23, 2009

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge