C-1104100v3 03227.01154

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# Civil Action No: 5:07CV135

| | |
|---|---|
| DUKE ENERGY CAROLINAS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF MOORESVILLE, <br><br> Defendant. | ORDER OF FURTHER STAY |

This matter is before the Court on the joint motion of plaintiff and defendant, with the consent of FERC, for a further stay.

For the reason stated in the motion, IT IS THEREFORE ORDERED that this action and all proceedings and activities herein be further stayed for a period of 90 days and until and including January 31, 2010.

Signed: October 26, 2009

Graham C. Mullen
United States District Judge