FILED
CHARLOTTE, NC

JAN 2 9 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

C-1104100v4 03227.01154

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
### Civil Action No: 5:07CV135

DUKE ENERGY CAROLINAS, LLC,

        Plaintiff,

v.

TOWN OF MOORESVILLE,

        Defendant.

**ORDER OF FURTHER STAY**

This matter is before the Court on the joint motion of plaintiff and defendant, with the consent of FERC, for a further stay.

For the reason stated in the motion, IT IS THEREFORE ORDERED that this action and all proceedings and activities herein be further stayed for a period of 90 days until and including April 30, 2010.

This 28th day of January, 2010.

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge