C-1132246v1 03227.01154

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# Civil Action No: 5:07CV135

| | |
|---|---|
| DUKE ENERGY CAROLINAS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF MOORESVILLE,<br><br>Defendant. | ORDER OF DISMISSAL WITHOUT PREJUDICE |

This matter is before the Court on the parties' joint motion for dismissal without prejudice.

For the reason stated in the motion, IT IS THEREFORE ORDERED that this action be and hereby is dismissed without prejudice.

Signed: March 9, 2010

Graham C. Mullen
United States District Judge